UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CANDACE SEARCY, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 3:22-CV-2803-X-BN |
| PROGRESSIVE INSURANCE, | § § § | |
| *Defendant.* | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 19]. Searcy filed an objection in which she argued that her damages meet the amount in controversy standard. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made and reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES** the suit for lack of jurisdiction.

**IT IS SO ORDERED** this 19th day of April, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE