IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CANDACE SEARCY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-2803-X |
| | § | |
| PROGRESSIVE INSURANCE, | § | |
| | § | |
| *Defendant.* | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 35). Objections were filed. (Doc. 36). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Candace Searcy's construed motion for relief under Federal Rules of Civil Procedure 60(b) (Doc. 34) and, solely for statistical purposes, **DIRECTS** the Clerk of Court to reopen and then close this case based on the Court's consideration of the motion.

And, because Plaintiff has continued to make frivolous post-judgment filings since the motion addressed by the Magistrate Judge, including requesting that the district court vacate the recent decision of the United States Court of Appeals for the

Fifth Circuit dismissing her appeal as frivolous, the Court **TERMINATES** all other pending motions and also **DIRECTS** the Clerk of Court to **DOCKET** and then **TERMINATE** all future motions that Plaintiff may file in this case.

    **IT IS SO ORDERED** this 19th day of March, 2024.

                                            _____
                                            BRANTLEY STARR
                                            UNITED STATES DISTRICT JUDGE